| | |
|---|---|
| 1 | Phillip R. Weltin, Esq., No. 46141 |
| | Daniel P. Weltin, Esq. No. 226600_____ |
| 2 | **WELTIN LAW OFFICE, P.C.** |
| | 1432 Martin Luther King Jr. Way |
| 3 | Oakland, California 94612 |
| | Telephone:    510.251-6060 |
| 4 | Facsimile:    510.251-6040 |
| 5 | Attorneys for Plaintiff HELI HUANG |
| 6 | Jack T. Friedman, No. 68134 |
| | Angela M. Bradstreet, No. 94823 |
| 7 | Sheryl A. Traum, No. 139328 |
| | **CARROLL, BURDICK & McDONOUGH LLP** |
| 8 | Attorneys at Law |
| | 1676 N. California Blvd, Suite 620 |
| 9 | Walnut Creek, CA  94596-4124 |
| | Telephone:    925.944.6080 |
| 10 | Facsimile:    925.256.3110 |
| 11 | Attorneys for Defendants |
| | CHIRON CORPORATION and AHMAD HASHASH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | HELI HUANG, | No. C04-05281 PJH |
| 17 | Plaintiff, | **(P~~ROPOSE~~D) ORDER EXTENDING TIME ALLOWED FOR MEDIATION** |
| 18 | v. | |
| 19 | CHIRON CORPORATION, a Delaware Corporation, AHMAD HASHASH, AUGUSTUS OKHAMAFE, and DOES 1 through 10, inclusive, | |
| 22 | Defendants. | |

It is hereby ordered pursuant to the stipulation of the parties that the current time allowed to mediate the above entitled action is continued 90 days.

Dated: October ~~4~~ 5, 2005

_____
Phyllis J. Hamilton
United States District Judge

C04-05281
~~STIPULATION~~
Order Extending Time for Mediation

-2-