# WELTIN LAW OFFICE, P.C.

PHILIP R. WELTIN
BRIAN E. KERSS
PATRICK B. STREB
ANA L. MOLLEDA
DANIEL R. WELTIN

1432 MARTIN LUTHER KING JR. WAY • OAKLAND, CA 94612
TEL (510) 251-6060 • FAX (510) 251-6040

January 18, 2006

Nichole Heuerman, Clerk
Courtroom 3, 17th Floor
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:    Huang v. Chiron
         Case No.  C04-05281 PJH**

Dear Ms. Heuerman:

This letter is to confirm our telephone conversation on January 11, 2006, during which I indicated that the above-captioned matter has settled.

I believe that the closing papers will be submitted shortly and we will have a dismissal with prejudice on file within the next 20 days.

Thank you for your continuing cooperation and assistance.

Very truly yours,

S/

Philip R. Weltin

PRW/jkp

cc:  Jack Friedman, Esq.