**United States District Court**
For the Northern District of California

1
2
3            UNITED STATES DISTRICT COURT
4            NORTHERN DISTRICT OF CALIFORNIA
5
6
7   HELI HUANG,
8            Plaintiff(s),                    No. C 04-5281 PJH
9       v.                                    **ORDER**
10  CHIRON CORPORATION, et al.,
11           Defendant(s).
                                     /
12  _____
13        The pretrial conference is scheduled to take place on Thursday march 9, 2006 at

14  2:30 p.m.  However, none of the pretrial papers required by this court's case management

15  order or by the Local Rules have been filed by either party, presumably because the case

16  has settled.  Plaintiff's counsel, Philip Weltin, advised the court of the settlement in a letter

17  dated January 18, 2006 and also advised the court that a stipulation and order for dismissal

18  would be filed within twenty days.  No dismissal has been filed and the courtroom deputy of

19  the undersigned judge has been unsuccessful in obtaining any assurances from counsel for

20  either party as to when a dismissal will be filed.

21        Accordingly, the parties are ORDERED to attend the pretrial conference on March 9,

22  2006 at 2:30 p.m., unless the dismissal is filed by March 8, 2006.  As neither the pretrial

23  conference nor the trial have been taken off calendar, a failure of a party to appear as

24  ordered will result in sanctions.

25        **IT IS SO ORDERED.**

26  Dated: March 6, 2006

27                                     _____
                                       PHYLLIS J. HAMILTON
28                                     United States District Judge