UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HELI HUANG,
        Plaintiff(s),                             No. C 04-5281 PJH

   v.                                       **ORDER OF DISMISSAL**

CHIRON CORPORATION, et al.,
        Defendant(s).
_____/

      Pursuant to plaintiff's request and defendants' approval, both filed on March 7, 2006, this matter is DISMISSED without prejudice. The March 9, 2006 and April 3, 2006 pretrial and trial dates are VACATED. The clerk shall close the file.

      SO ORDERED.

Dated: March 8, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

1